UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CNB BANCSHARES, INC., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-CV-33 |
| ) | (Phillips) |
| STONECASTLE SECURITIES LLC, ) | |
|     Defendant. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant StoneCastle Securities LLC. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff CNB Bancshares Inc. take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant StoneCastle Securities LLC, recover of the plaintiff CNB Bancshares Inc. its costs of action.

The final pretrial conference scheduled for August 1, 2012 and the trial scheduled for August 7, 2012 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of July, 2012.

**ENTER:**

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
CLERK OF COURT

    s/ Thomas W. Phillips
United States District Judge